```
                         United States Bankruptcy Court
                         Central District of California
```

In re:                                                              Case No. 18-20418-WJ
Mark Albert Houser                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0973-6          User: tlozanoC            Page 1 of 2          Date Rcvd: Dec 13, 2018
                              Form ID: 309A             Total Noticed: 28
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2018.
```
db             +Mark Albert Houser,    559 Kerilyn Ln.,    Hemet, CA 92544-3186
tr             +Todd A. Frealy (TR),   3403 Tenth Street, Suite 709,    Riverside, CA 92501-3641
39250649       +CMRE Financial Services,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
39250650       +CMRE Financial Services,    Attn: Bankruptcy,    3075 E Imperial Hwy Ste 200,
                 Brea, CA 92821-6753
39250656       +Fortiva,   Po Box 105555,    Atlanta, GA 30348-5555
39250657       +Fortiva,   Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
39250663        LoanMe, Inc.,    Attn: Bankruptcy,    Po Box 5648,    Orange, CA 92863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: info@wajdalawgroup.com Dec 14 2018 03:43:57      Nicholas M Wajda,
                 Wajda Law Group APC,    11400 W Olympic Blvd Ste 200,    Los Angeles, CA  90064
tr             +EDI: FTAFREALY Dec 14 2018 08:28:00      Todd A. Frealy (TR),    3403 Tenth Street, Suite 709,
                 Riverside, CA 92501-3641
smg             EDI: EDD.COM Dec 14 2018 08:28:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Dec 14 2018 08:28:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
39250646       +EDI: GMACFS.COM Dec 14 2018 08:28:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
39250645       +EDI: GMACFS.COM Dec 14 2018 08:28:00      Ally Financial,    P.o. Box 380901,
                 Bloomington, MN 55438-0901
39250647        EDI: CAPITALONE.COM Dec 14 2018 08:28:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
39250648       +EDI: CAPITALONE.COM Dec 14 2018 08:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
39250652       +EDI: RCSFNBMARIN.COM Dec 14 2018 08:28:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873
39250651       +EDI: RCSFNBMARIN.COM Dec 14 2018 08:28:00      Credit One Bank,    Po Box 98872,
                 Las Vegas, NV 89193-8872
39250653       +E-mail/Text: vlazo@dyckoneal.com Dec 14 2018 03:45:00      Dyck Oneal Inc,
                 6060 N Central Expy Ste,    Dallas, TX 75206-5355
39250659        E-mail/Text: bankruptcynotification@ftr.com Dec 14 2018 03:45:10      Frontier Communication,
                 P.O. Box 20550,    Rochester, NY 14602-0550
39250654       +EDI: AMINFOFP.COM Dec 14 2018 08:28:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
39250655       +EDI: AMINFOFP.COM Dec 14 2018 08:28:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
39250658        E-mail/Text: bankruptcynotification@ftr.com Dec 14 2018 03:45:09      Frontier,
                 P.O. Box 740407,    Cincinnati, OH 45274-0407
39250660       +EDI: IIC9.COM Dec 14 2018 08:28:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
39250661       +EDI: IIC9.COM Dec 14 2018 08:28:00      I C System Inc,    Attn: Bankruptcy,    Po Box 64378,
                 St Paul, MN 55164-0378
39250662       +E-mail/Text: bankruptcy@loanme.com Dec 14 2018 03:45:02      LoanMe, Inc.,
                 1900 S State College Blv,    Anaheim, CA 92806-0101
39250665       +EDI: MERRICKBANK.COM Dec 14 2018 08:28:00      Merrick Bank/CardWorks,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
39250664       +EDI: MERRICKBANK.COM Dec 14 2018 08:28:00      Merrick Bank/CardWorks,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
39250667       +EDI: RMSC.COM Dec 14 2018 08:28:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
39250666       +EDI: RMSC.COM Dec 14 2018 08:28:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                              TOTAL: 22
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0973-6          User: tlozanoC              Page 2 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: 309A               Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
              Nicholas M Wajda    on behalf of Debtor Mark Albert Houser info@wajdalawgroup.com,
                r47098@notify.bestcase.com
              Todd A. Frealy (TR)    taftrustee@lnbyb.com, taf@trustesolutions.net
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                        TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark Albert Houser** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–5018** <br> EIN  __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  __–_____ |
| United States Bankruptcy Court  **Central District of California** <br> Case number:  **6:18–bk–20418–WJ** | | Date case filed for chapter  **7**   **12/13/18** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Mark Albert Houser | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 559 Kerilyn Ln. <br> Hemet, CA 92544 | |
| 4. | **Debtor's attorney** <br> Name and address | Nicholas M Wajda <br> Wajda Law Group APC <br> 11400 W Olympic Blvd Ste 200 <br> Los Angeles, CA 90064 | Contact phone 310–997–0471 <br> Email _____ |
| 5. | **Bankruptcy trustee** <br> Name and address | Todd A. Frealy (TR) <br> 3403 Tenth Street, Suite 709 <br> Riverside, CA 92501 | Contact phone 951–784–4122 <br> Email _____ |

/
**For more information, see pages 2 and 3 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page 1

| 6. | **Bankruptcy clerk's office** | 3420 Twelfth Street, Riverside, CA 92501–3819 | Hours Open:  9:00 AM – 4:00 PM |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | | Contact phone 855–460–9641 |
| | | | Dated: 12/13/18 |
| 7. | **Meeting of creditors** | **January 17, 2019 at 09:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath by the trustee and by creditors. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | **3801 University Ave., ROOM 103, Riverside, CA 92501** |
| 8. | **Presumption of abuse** | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 3/18/19** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| | Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

**For more information, see pages 1 and 3 >**

Debtor **Mark Albert Houser** | Case number **6:18–bk–20418–WJ**

| | | |
|---|---|---|
| **13.** | **Proof of Debtor Identification (ID) and Proof of Social Security Number(SSN)** | The U.S. Trustee requires that individual debtors must provide to the trustee at the meeting of creditors an original picture ID and proof of SSN. Failure to do so may result in the U.S. Trustee bringing a motion to dismiss the case. Permissible forms of ID include a valid state driver's license, government or state–issued picture ID, student ID, military ID, U.S. Passport or legal resident alien card. Proof of SSN includes Social Security Card, current W–2 form, pay stub, payment advice, IRS Form 1099, Social Security Administration Report, or other official document which indicates name and SSN. |
| **14.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section.<br><br>**SI EL DEUDOR NO HA PRESENTADO UNA DECLARACIÓN Y/O LISTA(S) DE ACREEDORES Y/U OTROS DOCUMENTOS REQUERIDOS,** tendrá que hacerlo dentro de un plazo de 14 días a partir de la fecha de presentación de la petición o tendrá que obtener una extensión del plazo para hacerlo. Si no cumple usted este requisito, o si no comparece a la junta 341(a) inicial de acreedores o a cualquier aplazamiento, esto resultará en que se declare sin lugar el caso, a menos de que obtenga un permiso del tribunal. Si no se ha declarado sin lugar el caso del acreedor, Y EL ACREEDOR NO HACE UNA DE LAS SIGUIENTES COSAS DENTRO DE UN PLAZO DE 45 DÍAS A PARTIR DE LA FECHA DE LA PETICIÓN, de acuerdo con lo dispuesto en la sección 521(i)(4) del Código de Quiebras, el juez DECLARARÁ el caso sin lugar a partir de el 46o día después de la fecha de presentación de petición sin más notificación: (1) registrar en actas todos los documentos que requiere la sección 521(a)(1) del Código de Quiebras; o (2) registrar y hacer entrega formal de una moción para pedir una orden que extienda el tiempo en que se pueden registrar en actas los documentos que requiere dicha sección. |
| **15.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 3801 University Avenue Suite 720, Riverside, CA 92501–3200. |

For more information, see pages 1 and 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **3**