United States Bankruptcy Court
Central District of California

In re:                                                                      Case No. 18-20418-WJ
Mark Albert Houser                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-6          User: admin              Page 1 of 2              Date Rcvd: Mar 25, 2019
                              Form ID: 318a            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
```
db             +Mark Albert Houser,    559 Kerilyn Ln.,     Hemet, CA 92544-3186
tr             +Todd A. Frealy (TR),    3403 Tenth Street, Suite 709,    Riverside, CA 92501-3641
39250649       +CMRE Financial Services,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6753
39250650       +CMRE Financial Services,    Attn: Bankruptcy,    3075 E Imperial Hwy  Ste 200,
                 Brea, CA 92821-6753
39250656       +Fortiva,   Po Box 105555,    Atlanta, GA 30348-5555
39250657       +Fortiva,   Attn: Bankruptcy,    Po Box 105555,    Atlanta, GA 30348-5555
39250663        LoanMe, Inc.,    Attn: Bankruptcy,    Po Box 5648,    Orange, CA 92863
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: FTAFREALY Mar 26 2019 07:28:00      Todd A. Frealy (TR),    3403 Tenth Street, Suite 709,
                 Riverside, CA 92501-3641
smg             EDI: EDD.COM Mar 26 2019 07:28:00      Employment Development Dept.,    Bankruptcy Group MIC 92E,
                 P.O. Box 826880,    Sacramento, CA 94280-0001
smg             EDI: CALTAX.COM Mar 26 2019 07:28:00      Franchise Tax Board,    Bankruptcy Section MS: A-340,
                 P.O. Box 2952,    Sacramento, CA 95812-2952
39250646       +EDI: GMACFS.COM Mar 26 2019 07:28:00      Ally Financial,    Attn: Bankruptcy Dept,
                 Po Box 380901,    Bloomington, MN 55438-0901
39250645       +EDI: GMACFS.COM Mar 26 2019 07:28:00      Ally Financial,    P.o. Box 380901,
                 Bloomington, MN 55438-0901
39250647        EDI: CAPITALONE.COM Mar 26 2019 07:28:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
39250648       +EDI: CAPITALONE.COM Mar 26 2019 07:28:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
39250652       +EDI: RCSFNBMARIN.COM Mar 26 2019 07:28:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873
39250651       +EDI: RCSFNBMARIN.COM Mar 26 2019 07:28:00      Credit One Bank,    Po Box 98872,
                 Las Vegas, NV 89193-8872
39250653       +E-mail/Text: vlazo@dyckoneal.com Mar 26 2019 03:33:48     Dyck Oneal Inc,
                 6060 N Central Expy Ste,    Dallas, TX 75206-5355
39250659        E-mail/Text: bankruptcynotification@ftr.com Mar 26 2019 03:33:59     Frontier Communication,
                 P.O. Box 20550,    Rochester, NY 14602-0550
39250654       +EDI: AMINFOFP.COM Mar 26 2019 07:28:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
39250655       +EDI: AMINFOFP.COM Mar 26 2019 07:28:00      First Premier Bank,    Attn: Bankruptcy,
                 Po Box 5524,    Sioux Falls, SD 57117-5524
39250658        E-mail/Text: bankruptcynotification@ftr.com Mar 26 2019 03:33:59     Frontier,
                 P.O. Box 740407,    Cincinnati, OH 45274-0407
39250660       +EDI: IIC9.COM Mar 26 2019 07:28:00      I C System Inc,    Po Box 64378,
                 Saint Paul, MN 55164-0378
39250661       +EDI: IIC9.COM Mar 26 2019 07:28:00      I C System Inc,    Attn: Bankruptcy,    Po Box 64378,
                 St Paul, MN 55164-0378
39250662       +E-mail/Text: bankruptcy@loanme.com Mar 26 2019 03:33:50     LoanMe, Inc.,
                 1900 S State College Blv,    Anaheim, CA 92806-0101
39250665       +EDI: MERRICKBANK.COM Mar 26 2019 07:28:00      Merrick Bank/CardWorks,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
39250664       +EDI: MERRICKBANK.COM Mar 26 2019 07:28:00      Merrick Bank/CardWorks,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
39250667       +EDI: RMSC.COM Mar 26 2019 07:28:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
39250666       +EDI: RMSC.COM Mar 26 2019 07:28:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
                                                                                             TOTAL: 21
```

```
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0973-6          User: admin              Page 2 of 2              Date Rcvd: Mar 25, 2019
                              Form ID: 318a            Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
              Nicholas M Wajda    on behalf of Debtor Mark Albert Houser info@wajdalawgroup.com,
               r47098@notify.bestcase.com
              Todd A. Frealy (TR)    taftrustee@lnbyb.com, taf@trustesolutions.net
              United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
                                                                                             TOTAL: 3
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Mark Albert Houser** | Social Security number or ITIN  **xxx–xx–5018** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN  _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Central District of California**

Case number:   **6:18–bk–20418–WJ**

## Order of Discharge – Chapter 7                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Mark Albert Houser

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 3/25/19

**Dated:** 3/25/19                                         **By the court:**   Wayne E. Johnson
                                                                                                       United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**12/AUT**

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**                                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**